| | |
|---|---|
| 1 | DANIEL J. BRODERICK, #89424 |
| | Federal Defender |
| 2 | PEGGY SASSO, CA Bar #228906 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | |
| 6 | Attorney for Defendant |
| | ALFREDO HERNANDEZ, JR. |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. 1:12-cr-00097 AWI-DLB |
|---|---|
| Plaintiff, | ) STIPULATION TO CONTINUE STATUS |
| | ) CONFERENCE HEARING; |
| v. | ) [PROPOSED] ORDER |
| ALFREDO HERNANDEZ, JR., | ) Date: June 11, 2012 |
| | ) Time: 1:00 p.m. |
| Defendant. | ) Judge: Hon. Dennis L. Beck |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Jeremy Jehangiri, Counsel for Plaintiff, and Assistant Federal Defender Peggy Sasso, Counsel for Defendant Alfredo Hernandez, Jr., that the hearing currently set for April 16, 2012 at 1:00 p.m., **may be rescheduled to June 11, 2012 at 1:00 p.m.**

Initial discovery will be provided this week; the requested continuance is necessary to allow defense counsel time to review discovery and for the parties to begin plea negotiations. The requested continuance will conserve time and resources for both counsel and the court.

///
///
///
///
///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because the ends of justice served in granting such continuance outweigh the best interests of the public and the defendant in a speedy trial.

BENJAMIN B. WAGNER
United States Attorney

Dated: April 11, 2012  */s/ Jeremy Jehangiri*
JEREMY JEHANGIRI
Assistant United States Attorney
Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Defender

Dated: April 11, 2012  */s/ Peggy Sasso*
PEGGY SASSO
Assistant Federal Defender
Attorney for Defendant
Alfredo Hernandez, Jr.

**ORDER**

IT IS SO ORDERED.

Dated: **April 12, 2012**  **/s/ Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE