| | |
|---|---|
| 1 | DANIEL J. BRODERICK, #89424 |
| | Federal Defender |
| 2 | PEGGY SASSO, CA Bar #228906 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | |
| 6 | Attorney for Defendant |
| | ALFREDO HERNANDEZ, JR. |
| 7 | |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 1:12-cr-00097 AWI-DLB | |
| | ) | | |
| *Plaintiff,* | ) | STIPULATION TO CONTINUE STATUS | |
| | ) | CONFERENCE HEARING; | |
| v. | ) | [PROPOSED] ORDER | |
| | ) | | |
| ALFREDO HERNANDEZ, JR., | ) | Date: August 6, 2012 | |
| | ) | Time: 10:00 a.m. | |
| *Defendant.* | ) | Judge: Hon. Anthony W. Ishii | |
| _____ | ) | | |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney David Gappa, Counsel for Plaintiff, and Assistant Federal Defender Peggy Sasso, Counsel for Defendant Alfredo Hernandez, Jr., that the hearing currently set for July 23, 2012 at 1:00 p.m. before Judge Beck, **may be rescheduled to August 6, 2012 at 10:00 a.m.** before Judge Ishii for anticipated change of plea.

The requested continuance is necessary to allow for additional plea discussions. The requested continuance will conserve time and resources for both counsel and the court.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because the ends of justice served in granting such continuance outweigh the best interests of the public and the defendant in a speedy trial.

///

|   |   |   |
|---|---|---|
| | | BENJAMIN B. WAGNER<br>United States Attorney |
| Dated: July 19, 2012 | | */s/ David Gappa*<br>DAVID GAPPA<br>Assistant United States Attorney<br>Attorney for Plaintiff |
| | | DANIEL J. BRODERICK<br>Federal Defender |
| Dated: July 19, 2012 | | */s/ Peggy Sasso*<br>PEGGY SASSO<br>Assistant Federal Defender<br>Attorney for Defendant<br>Alfredo Hernandez, Jr. |

**ORDER**

IT IS SO ORDERED.

**Dated:   July 19, 2012**              /s/ **Dennis L. Beck**
                                    UNITED STATES MAGISTRATE JUDGE